UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FOLTA,<br><br>   Plaintiff,<br><br>   v.<br><br>THE NEW YORK TIMES COMPANY, et al.,<br><br>   Defendants. | Case No. 18-mc-80007-DMR<br><br>**ORDER REGARDING THIRD-PARTY STACY MALKAN'S MOTION TO QUASH**<br><br>Re: Dkt. No. 1 |

The court is receipt of Third-Party Stacy Malkan's Motion to Quash a deposition subpoena and subpoena duces tecum ("Motion to Quash"). [Docket No. 1]. According to the Motion to Quash, the deposition is scheduled for Monday, January 15, 2018, which is a holiday.

The parties shall immediately meet and confer and file a joint discovery letter in conformance with this court's Standing Order. The deposition shall not go forward until the matter is adjudicated.

**IT IS SO ORDERED.**

Dated: January 12, 2018



Donna M. Ryu
United States Magistrate Judge